United States District Court
Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10         SAN JOSE DIVISION
11

| | |
|---|---|
| PARAGON MECHANICAL, INC., | Case No. 5:16-cv-00880-HRL |
| Plaintiff, | |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| ESTES EXPRESS LINES, | |
| Defendant. | |

The parties having advised that they have settled this matter, all previously scheduled deadlines and appearances are vacated, and this action is dismissed with prejudice. However, if any party certifies to this court, within 30 days from the date of this order, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing order shall be vacated and this action will be restored to the calendar and be set for trial. The court will retain jurisdiction for 30 days from the date of this order to enforce the terms of the settlement.

SO ORDERED.

Dated: August 16, 2016

HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-00880-HRL Notice has been electronically mailed to:

David W. Lively     dlively@hopkinscarley.com, callen@hopkinscarley.com

Grover A. Perrigue , III     grover@perriguelaw.com

Lawrence J. Roberts     lroberts@lrobertsandassociates.com, dquijano@lrobertsandassociates.com, dsmith@lrobertsandassociates.com